IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN FOREMAN and GARY RUNGE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 3:11-1124 |
| | ) | JUDGE TRAUGER |
| FIVE STAR FOOD SERVICE, INC., | ) ) | JURY DEMAND |
| Defendant. | ) | |

**PLAINTIFF JOHN FOREMAN'S MOTION FOR LEAVE TO FILE HIS MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE MOTOR CARRIER ACT EXEMPTON**

Pursuant to the Court's Initial Case Management Order, Plaintiff John Foreman respectfully moves this Court for leave to file his motion for partial summary judgment on the application of the Motor Carrier Act Exemption. In support of this motion, Plaintiff would show that, unlike his claim for wrongful termination, his claim for unpaid overtime is based on the undisputed fact that he was not involved in interstate commerce and worked more than 40hours in some workweeks without receiving the overtime premium required under the Fair Labor Standards Act.

Plaintiff's proposed motion for partial summary judgment and memorandum in support and statement of undisputed material facts is attached contemporaneously with this motion.

Respectfully submitted,

/s/Stephen W. Grace
Stephen W. Grace (BPR No. 14867)
1019 16th Avenue, South
Nashville, Tennessee 37212
(615) 255-5225

/s/Randall W. Burton
Randall W. Burton (BPR No. 15393)
144 Second Avenue, North
Suite 200
Nashville, Tennessee  37201
(615) 620-5838

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.  The parties served are as follows:

Marc O. Dedman, Esq.
Spicer Rudstrom, PLLC
414 Union Street, Bank of America Plaza, Suite 1700
Nashville, Tennessee 37219

John C. Harrison, Esq.
Evans Harrison Hackett, PLLC
One Central Plaza, Suite 800
835 Georgia Avenue
Chattanooga, Tennessee 37402

/s/Randall W. Burton