# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN FOREMAN AND GARY RUNGE, ) | |
| ) | Case No. 3:11-cv-01124 |
| Plaintiffs, ) | Judge Aleta A. Trauger |
| ) | |
| v. ) | |
| ) | |
| FIVE STAR FOOD SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, plaintiff John Foreman's Motion for Partial Summary Judgment (Docket No. 37) is hereby **GRANTED** and the defendant's Motion for Summary Judgment (Docket No. 30) is hereby **DENIED**.

Consistent with the guidance set forth in the accompanying Memorandum, the parties shall file a joint statement by July 10, 2013.

It is so **ORDERED**.

Enter this 24th day of June 2013.

_____
ALETA A. TRAUGER
United States District Judge