UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN FOREMAN AND GARY RUNGE, | ) |
| | ) Case No. 3:11-cv-01124 |
| Plaintiffs, | ) Judge Aleta A. Trauger |
| | ) |
| v. | ) |
| | ) |
| FIVE STAR FOOD SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum, plaintiff John Foreman's Motion for Partial Summary Judgment (Docket No. 37) is hereby **GRANTED** and the defendant's Motion for Summary Judgment (Docket No. 30) is hereby **DENIED**.

Consistent with the guidance set forth in the accompanying Memorandum, the parties shall file a joint statement by July 10, 2013.

It is so **ORDERED**.

Enter this 24th day of June 2013.

_____
ALETA A. TRAUGER
United States District Judge

1